IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRANCIS ROY, M.D.                    )
                                     )
v.                                   ) NO. 3-11-0152
                                     ) JUDGE CAMPBELL
THE STATE OF TENNESSEE, et al.       )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 33), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, for the reasons stated in the Report and Recommendations, Defendants' Motions to Dismiss (Docket Nos. 12 and 17) are GRANTED, and this action is DISMISSED. Plaintiff's federal claims are dismissed with prejudice, and Plaintiff's state law claims are dismissed without prejudice.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE